IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

      v.

RAMON MENDOZA-MESA,

           Defendant.

8:02CR85

ORDER

       Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

       IT IS ORDERED:

       1.   That resentencing of the defendant is scheduled before the undersigned on **December 15, 2005, at 11:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for this hearing.

       **2.  The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

       3.   Susan M. Bazis is appointed as counsel for the defendant, pursuant to the Criminal Justice Act, for this resentencing.

       4.   The Federal Public Defender shall provide CJA counsel with a new voucher.

       DATED this 14th day of October, 2005.

                  BY THE COURT:

                  **s/ Joseph F. Bataillon**
                  United States District Judge